UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT SCOGNAMILLO,

Plaintiff,

-v-

GEORGE KOFINAS, M.D., FACOG, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 7210 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management. (Dkt. No. 6). On August 24, 2026, Plaintiff Robert Scognamillo ("Plaintiff") filed a complaint against Defendants George Kofinas, M.D., FACOG ("Dr. Kofinas"), Kofinas Fertility Group, P.C. (the "Fertility Group"), and The Fertility Institute at New York Methodist Hospital (the "Fertility Institute," together with Dr. Kofinas and the Fertility Group, the "Defendants"). (Dkt. No. 1 (the "Complaint")). On August 25, 2026, Plaintiff served the summons and Complaint on the Fertility Group and the Fertility Institute, making their deadline to respond September 15, 2026. (Dkt. Nos. 8–9). See Fed. R. Civ. P. 1(a)(1)(A)(i). On August 26, 2026, Plaintiff served the summons and Complant on Dr. Kofinas, making his deadline to respond September 16, 2026. (Dkt. No. 7). See Fed. R. Civ. P. 1(a)(1)(A)(i). On September 11, 2026, Dr. Kofinas and the Fertility Group filed an answer. (Dkt. No. 10). The Fertility Institute, however, has not yet responded to the Complaint.[1] As a one-time courtesy, the Court sua sponte **EXTENDS** the Fertility Institute's deadline to respond to the Complaint to **October 1, 2026**.

[1] Plaintiff alleges that "[t]he Fertility Institute is owned and operated by [the Fertility Group]." (Dkt. No. 1 ¶ 5). Plaintiff served the Fertility Institute at the same address as the Fertility Group. (Dkt. Nos. 8–9).

THE FERTILITY INSTITUTE IS WARNED THAT FAILURE TO RESPOND TO THE COMPLAINT BY **OCTOBER 1, 2026** MAY RESULT IN THE COURT PERMITTING PLAINTIFF TO INITIATE DEFAULT PROCEEDINGS AGAINST IT.

The Fertility Institute is also put on notice that, as a corporate entity, it must appear through counsel in this action, and cannot proceed pro se. See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202–03 (1993) (noting that courts do not allow partnerships, corporations, or associations to appear in court without a licensed attorney) (collecting cases); Kenyatta v. City of New York, No. 25 Civ. 2868 (KMW), 2025 WL 1984391, at *2 (S.D.N.Y. July 16, 2025) (same).

The Clerk of Court is respectfully directed to mail a copy of this Order to The Fertility Institute at 65 Broadway, 14th Floor, New York, NY 10006.

Dated: New York, New York
September 17, 2026

SO ORDERED.

Sarah L Cave

**SARAH L. CAVE**
**United States Magistrate Judge**