UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT SCOGNAMILLO,

Plaintiff,

-v-

GEORGE KOFINAS, M.D., FACOG, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 7210 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephonic initial case management conference on November 4, 2026 (the "Conference"), at which pro se Plaintiff Robert Scognamillo and counsel for Defendants George Kofinas, M.D., FACOG, Kofinas Fertility Group, P.C., and The Fertility Institute at New York Methodist Hospital (together, "Defendants") appeared. Following the Conference, the Court **ORDERS** the following:

1. The parties may order a copy of the Conference transcript by using the annexed form.
2. By **November 12, 2026**, Defendants shall serve Plaintiff with their responses and objections to Plaintiff's requests to produce documents.[1]
3. By **December 2, 2026**, Defendants shall file a letter updating the Court on the status of discovery and setting forth their position on the HIPAA issue discussed during the Conference.

[1] The Court reminds the parties that they are not required to file their discovery demands and written responses on the docket.

4. A telephone conference to discuss the status of discovery is scheduled for **December 8, 2026 at 2:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

5. As discussed during the Conference, the Court will adopt, with certain modifications, the parties proposed case management plan (Dkt. No. 22) by separate Order.

Dated: New York, New York
November 4, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | |
|---|---|

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL