UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT SCOGNAMILLO,

Plaintiff,

-v-

GEORGE KOFINAS, M.D., FACOG, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 7210 (DEH) (SLC)

**TELEPHONE CONFERENCE**
**RESCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a change in the Court's calendar, the telephone conference scheduled for December 8, 2026 at 2:00 p.m. ET (Dkt. No. 24) is **RESCHEDULED** to **December 7, 2026 at 2:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time. All other deadlines in the Court's Order at Dkt. No. 24 shall remain in effect.

Dated: New York, New York
November 12, 2026

SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge